AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MICAIAH HARPER | ) ) ) ) ) ) ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 0:26-cv-60864-WPD |
| ARAMARK SERVICES, INC. | ) ) ) ) ) |
| Defendant(s) | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARAMARK SERVICES, INC.
C/O CT CORPORATION SYSTEM, Registered Agent
1200 S. PINE ISLAND ROAD, SUITE 250
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jacob K. Auerbach, Esq.
Gallup Auerbach
4000 Hollywood Boulevard, Suite 265 South
Hollywood, FL 33021
t: 954.894.3035 e: jauerbach@gallup-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _Mar 26, 2026_

s/ Clifford Charles

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court